USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/01/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHENXI CHEN,

        Plaintiff,

v.

MERRICK B. GARLAND, U.S. Attorney General, *et al.*,

        Defendant.

No. 23 Civ. 645 (JLC)

    WHEREAS, on April 28, 2023, a stipulation and proposed order of dismissal was filed, Docket Entry No. 19;

    WHEREAS, the stipulation and proposed order of dismissal filed on April 28, 2023, did not pertain to this matter;

    WHEREAS, the court endorsed the stipulation and proposed order of dismissal filed on April 28, 2023, and entered the order of dismissal, Docket Entry. No. 21;

    IT IS HEREBY ORDERED that the stipulation and proposed order of dismissal and the order of dismissal (Docket Entry Nos. 19 and 21) be stricken from the docket.

Dated:  New York, New York
         May 1, 2023

_____
JAMES L. COTT
United States Magistrate Judge